UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRA JOHNSON, | : | Civil No. 1:17-CV-01385 |
| Plaintiffs, | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| UNITED STATES POSTAL SERVICE, | : | |
| Defendant. | : | |

FILED
WILKES BARRE
JUL 15 2019
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 15th day of July 2019, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The motion for a protective order (Doc. 35) is GRANTED; and

2. The plaintiff's Rule 30(b)(6) deposition topic no. 1 shall be limited to employees who (a) worked under MDO Hotchkiss, (b) went through the ninety-day probationary period, and (c) did so between April 1, 2015, and January 1, 2016.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge